IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:12-cr-15-DCB-FKB

MARGARET TURNER

ORDER DENYING DEFENDANT'S
MOTION TO CHANGE METHOD
BY WHICH BALANCE OF SENTENCE IS SERVED

Before the Court is the Motion of Margaret Turner requesting that the balance of her sentence be served on home confinement, and the Court having considered the Motion, hereby denies same.

SO ORDERED, this 27th day of January, 2014.

s/David Bramlette
UNITED STATES DISTRICT JUDGE